UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8:20-bk-01390-RCT
Chapter 7

Eric R. Parker

_____Debtor(s)_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I CERTIFY that on December 8, 2020 a true and correct copy of the *Trustee's Motion To Sell Real Property, Free And Clear Of Liens, To Have Liens Attach To Proceeds And Pay Secured Creditor(S) And Administrative / Transactional Costs* (Dkt. No. 37) was served by electronic delivery or U. S. Mail to the attached:

Respectfully submitted,

  /s/ Richard M. Dauval
Richard M. Dauval, Trustee
PO Box 13607
St. Petersburg, FL  33733
(727) 327-3328

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-01390-RCT<br>Middle District of Florida<br>Tampa<br>Tue Dec  8 12:38:30 EST 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jaime E. Connolly<br>c/o Richard A. Mestone, Esq.<br>Mestone & Associates LLC<br>435 Newbury Street, Suite 217<br>Danvers, MA 01923-1065 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Magnolia Park at Riverview HOA, Inc.<br>c/o Leland Management<br>6972 Lake Gloria Blvd<br>Orlando, FL 32809-3200 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients     6
Bypassed recipients     0
Total                   6